STEPHEN L. BURTON (State Bar No. 113748)
Law Offices of Stephen L. Burton
16133 Ventura Blvd., 7th Floor
Encino, CA 91436
Telephone:  (818) 501-5055
Facsimile:   (818) 501-5849

Attorney for Creditor, Harry Haralambus

**FILED & ENTERED**

**JUN 23 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Gonzalez **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

In re:

ESMERALDA MANCIA

_____

Case No. 1:13-bk-12672-MT

Chapter 7

ORDER GRANTING MOTION TO VACATE ORDER GRANTING MOTION TO AVOID LIEN ON REAL PROPERTY AND DECLARATION OF STEPHEN L. BURTON IN SUPPORT THEREOF

Date: June 11, 2014
Time: 11:00 a.m.
Place: Crtrm 302

　　　The Motion of the Creditor, Motion to Vacate Order Granting Motion to avoid Lien on Real Property and Declaration of Stephen L. Burton has been reviewed and considered.

///

///

///

///

///

The Motion was granted.  Appraisals to be exchanged by July 11, 2014.

FOR GOOD CAUSE SHOWING IT IS SO ORDERED:

###

Date: June 23, 2014

Maureen A. Tighe
United States Bankruptcy Judge